691 A.2d 817

IN THE MATTER OF WILLIAM C. GASPER,
JR., AN ATTORNEY AT LAW.

April 25, 1997.

## ORDER

The Disciplinary Review Board on January 13, 1997, having filed with the Court its decision concluding that **WILLIAM C. GASPER, JR.**, of **WHITING**, who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect); *RPC* 1.3 (lack of diligence); *RPC* 1.4(a) and (b) (failure to keep client reasonably informed or to explain a matter to the extent reasonably necessary to permit the client to make an informed decision); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM C. GASPER, JR.**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.